UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>    Plaintiff,<br><br>v.<br><br>HAYWARD LIQUOR & GROCERY, et al.,<br><br>    Defendants. | Case No.  20-cv-01797-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. Nos. 30, 32 |

In light of the plaintiff's failure to comply with two separate orders to file a proof of service regarding the report and recommendation, the case is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If the plaintiff does not file a motion to reinstate the case within 7 days, dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2021

VINCE CHHABRIA
United States District Judge