UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAYWARD LIQUOR & GROCERY, et al.,<br><br>　　　　Defendant. | 20-cv-01797-VC<br><br>**JUDGMENT** |

The Court, having issued an Order granting Plaintiff's Motion for Default Judgment, now enters judgment in favor of the plaintiff and against defendant Ramesh Kalia. Plaintiff is awarded $4,000 in statutory damages, $1,600 in attorneys' fees, and $530 in costs, for a total monetary award of $6,130. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 19, 2021

VINCE CHHABRIA
United States District Judge