**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>　　　　Plaintiff,<br>vs.<br><br>HAYWARD LIQUOR & GROCERY, a business entity; RAMESH KALIA, an individual; SELLS LAURIE R ADMIN, a business entity<br><br>　　　　Defendants | Case No.: 20-CV-01797-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE ENTIRE CASE** |

Plaintiff ADAM GHADIRI ("Plaintiff") TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff in this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this entire case. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: 12/30/21

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Joseph Bakhos, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL
- 1 -